# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JERMAINE HAMPTON, A/K/A GERMAINE HAMPTON,<br>  Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>  Respondent. | No. 81437 |
| JERMAINE HAMPTON, A/K/A GERMAINE HAMPTON,<br>  Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>  Respondent. | No. 81438 ✓ |

**FILED**

JUL 3 0 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from district court orders denying a "Motion to Appeal Denial of Transcripts and Request for Transcripts" and denying a "Motion To Appeal Denial Of Transcripts and a Motion for Transcripts At State Expense and a Motion to Appeal Denial Of Transcripts." Eighth Judicial District Court, Clark County; Cristina D. Silva, Judge.

Because no statute or court rule permits an appeal from the aforementioned orders, this court lacks jurisdiction to consider these

20-27779

appeals. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS these appeals DISMISSED.

_____, J.
Gibbons

_____, J.          _____, J.
Stiglich                                              Silver


cc:    Hon. Cristina D. Silva, District Judge
       Jermaine Hampton
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A